UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Arthur Gamblin, III** | ) | Case No.  05-67863 |
| | ) | |
| **Debtor** | ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND106000

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $22.39 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That creditor Crown Emergency Physicians filed a proof of claim.
3. That your Trustee attempted to make payment on said claim in the amount of $22.39 in December 2010 and said payment remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $22.39 into U.S. Treasury Fund 106000 on behalf of creditor Crown Emergency Physicians whose last know address was c/o NCO Financial Systems, Inc., P.O. Box 41567, Philadelphia, PA 19101.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

### CERTIFICATE OF SERVICE

    I hereby certify that on April 12, 2011 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Arthur Gamblin, III, 5328 E. 700 N, Rockville, IN 47872